# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 7, 2017

## NO. 03-14-00801-CV

**The University of Texas System and The University of Texas at Dallas, Appellants**

**v.**

**Ken Paxton, Attorney General of Texas; and Marilyn Cameron, Appellees**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
REVERSED AND REMANDED -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on November 24, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.